ACCEPTED
12-14-00286-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/7/2015 10:26:12 AM
CATHY LUSK
CLERK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

8/7/2015 10:26:12 AM

CATHY S. LUSK
Clerk

August 07, 2015

Twelfth Court of Appeals
1517 W Front St Ste 354
Tyler TX 75702-7854

**Re: William M. Smith**
    **12-14-00286-CR**

To The Honorable Clerk of the Court:

Please find enclosed a copy of the letter sent to my client regarding his right to file a PDR along with a copy of the certified return receipt showing the mailing of the same.

Sincerely,

/s/Austin Reeve Jackson

**U.S. Postal Service**™

**CERTIFIED MAIL**™ **RECEIPT**

(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

MAILEANTA-TYLER TX

AUG 0 6 2015

Sent To: William Smith #01949967

Street, Apt. No.; or PO Box No. Ellis Unit 1697 FM 980

City, State, ZIP+4 Huntsville TX 77343

PS Form 3800, August 2006

See Reverse for Instructions

August 06, 2015


William M. Smith
Inmate 01960667
Ellis Unit
1697 FM 980
Huntsville, TX 77343


**Re: Opinion**

Mr. Smith:

Please find enclosed a copy of opinion issued by the Court of Appeals in your case. The Court has affirmed your conviction.

Should you desire to do so, you do have the right to file a *pro se* Petition for Discretionary Review in the Court of Criminal Appeals. If you decide to pursue that option you must file your petition prior to the expiration of thirty days from the date of the court's opinion.

I would be happy to address any questions or concerns you have if you will simply let me know.

Sincerely,


Austin Reeve Jackson